Filed for Record
2/11/2015 4:55:44 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
79750-CV
Kandice Haseloff, Deputy

**Cause No. 79750-CV**

| | | |
|---|---|---|
| **DONALD B. MULLINS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **v.** | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| **MARTINEZ ROW f/k/a and** | § | **BRAZORIA COUNTY, TEXAS** |
| **MARTINEZ INVESTMENTS** | § | |
| | § | |
| | § | **149th JUDICIAL DISTRICT** |
| | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 4:10:55 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Donald B. Mullins and Blue Sky Right of Way, L.L.C., hereby appeal the judgment dated

November 25, 2014, in the above-styled and numbered cause of action, to the First or the

Fourteenth Court of Appeals.

Dated: February 11, 2015

Respectfully submitted,

Patrick F. Timmons, Jr.
State Bar No. 20049500
8556 Katy Freeway, Suite 120
Houston, Texas 77024-1806
(713) 465-7638 Office
(713) 465-9527 Facsimile
pft@timmonslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appeal of Donald B. Mullins against Martinez R.O.W., L.L.C., has been forwarded to Ms. Leslie Shores, Sheehy, Ware and Pappas, 2500 Two Houston Center, 909 Fanin Street, Houston, Texas 77010-1003, (713) 951-1199 by facsimile on this 11th day of February, 2015.

Respectfully submitted,

Patrick F. Timmons, Jr.